# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2082
_____

Shane William Johnson

*Plaintiff - Appellant*

v.

Unknown Grisham, C/O; Unknown Shultz, Lt. of Jail; Unknown Kelly, Nurse

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 16, 2020
Filed: October 20, 2020
[Unpublished]

_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Shane Johnson appeals the preservice dismissal of his complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2). This court previously affirmed the dismissal of Johnson's claims against Lieutenant Schultz and Nurse Kelley. After careful review of the remaining claims against Correctional Officer Grisham, we cannot say, at this stage of the proceedings, that the allegations against Grisham have no arguable basis

in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, we reverse the preservice dismissal of the claims against Grisham, and remand to the district court for issuance of service of process against Grisham, resolution of the motion to compel and for further proceedings as appropriate.

_____